IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Sharon Yvonne Ross, | ) | C/A No. 3:22-3043-MGL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Billy R. Oswald; Oswald & Burnside, LLC; Billy R. Oswald Law Firm, LLC; and Oswald Realty Inc., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

This matter is before the court pursuant to 28 U.S.C. § 636 and Local Rule 73.02(B)(2) (D.S.C.) on Plaintiff's motion to disqualify defense counsel (ECF No. 12) and motion to stay the scheduling order (ECF No. 13). Defense counsel has not filed any opposition to Plaintiff's motion to disqualify, and based on the motion and its attachments, appears to agree that new counsel is warranted.

Accordingly, it is hereby **ORDERED** that Plaintiff's motions are granted. Defendants shall have fourteen days from the date of this order to obtain new counsel. Although Defendant Billy R. Oswald may elect to represent himself, the remaining defendants cannot proceed without counsel. See, e.g., Rowland v. Cal. Men's Colony, 506 U.S. 194, 201-02 (1993) (explaining that corporations, partnerships, or associations may appear in federal court only through licensed counsel); Gilley v. Shoffner, 345 F. Supp. 2d 563, 566-67 (M.D.N.C. 2004) (explaining that this limitation applies to limited liability companies) (collecting cases). The scheduling order deadlines are suspended until further order of the court.

**IT IS SO ORDERED.**

_____
November 9, 2022                      Paige J. Gossett
Columbia, South Carolina              UNITED STATES MAGISTRATE JUDGE