IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Sharon Yvonne Ross, | ) | C.A. No.: 3:22-cv-03043-MGL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| Billy R. Oswald; Oswald & Burnside, LLC; | ) | |
| Billy R. Oswald Law Firm, LLC; and | ) | |
| Oswald Realty, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

YOU WILL PLEASE TAKE NOTICE that James Edward Bradley of the Moore Bradley Myers Law Firm, hereby enters an appearance on behalf of the Defendants in the above-referenced matter.

Respectfully submitted,

MOORE BRADLEY MYERS LAW FIRM, P.A.

BY:s/James Edward Bradley_____
   James Edward Bradley, Fed. Bar #6330
   S. Jahue Moore, Fed. Bar #3120
   1700 Sunset Boulevard
   P.O. Box 5709
   West Columbia, South Carolina 29171
   (803) 796-9160
   Ward@mbmlawsc.com
   Jake@mbmlawsc.com
   ATTORNEYS FOR THE DEFENDANTS

West Columbia, South Carolina
November 14, 2022

1