IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Sharon Yvonne Ross, | ) | C.A. No.:  3:22-cv-03043-MGL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR RECONSIDERATION** |
| | ) | |
| Billy R. Oswald; Oswald & Burnside, LLC; | ) | |
| Billy R. Oswald Law Firm, LLC; and | ) | |
| Oswald Realty, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

YOU WILL PLEASE TAKE NOTICE that James Edward Bradley hereby asks the Court to reconsider its order of November 9, 2022, regarding disqualifying defense counsel. In particular, counsel requests additional time for Billy R. Oswald, Oswald & Burnside, LLC, Billy R. Oswald Law Firm, LLC, and Oswald Realty, Inc. to procure a replacement lawyer.

S. Jahue Moore who had previously appeared as counsel for Mr. Oswald was diagnosed with cancer and is undergoing chemotherapy. In addition, Mr. Billy R. Oswald recently underwent the amputation of his leg due to medical complications. As a result, a response was not made to the previous motion to disqualify, and Mr. Oswald has not had a sufficient opportunity to procure new counsel.

With this in mind, James Edward Bradley asks on behalf of the Oswald entities and Mr. Oswald himself for an additional twenty one days to obtain new counsel making the date for new counsel's appearance to be December 13, 2022.

Counsel for the Plaintiff has consented to this request.

Respectfully submitted,

1

2

MOORE BRADLEY MYERS LAW FIRM, P.A.

BY:s/James Edward Bradley _____
    James Edward Bradley, Fed. Bar #6330
    S. Jahue Moore, Fed. Bar #3120
    1700 Sunset Boulevard
    P.O. Box 5709
    West Columbia, South Carolina 29171
    (803) 796-9160
    Ward@mbmlawsc.com
    Jake@mbmlawsc.com
    ATTORNEYS FOR THE DEFENDANTS

West Columbia, South Carolina
November 14, 2022